JULY 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 50137**

In the Matter of                                          Case Number:

FRANCIS RYAN
v.
Flexi-Bogdahn International, GMBH & CO KG, a German corporation, FLEXI USA, Inc. a Wisconsin corporation and WAL-MART Stores, Inc., an Arkansas corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FLEXI USA, Inc., and WAL-MART STORES, INC.

| | |
|---|---|
| **NAME (Type or print)**<br>Nicholas J. Parolisi, Jr. | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ Nicholas J. Parolisi, Jr. | |
| **FIRM**<br>Litchfield Cavo LLP | |
| **STREET ADDRESS**<br>303 West Madison Street, Suite 300 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60606 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6201759 | TELEPHONE NUMBER<br>312-781-6665 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐