FILED
JULY 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

Case Number: **08 C 50137**

In the Matter of

FRANCIS RYAN

v.

Flexi-Bogdahn International, GMBH & CO KG, a German corporation, FLEXI USA, Inc. a Wisconsin corporation and WAL-MART Stores, Inc., an Arkansas corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FLEXI USA, Inc., and WAL-MART STORES, INC.

| | |
|---|---|
| NAME (Type or print) Jonathan E. Barish | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Jonathan E. Barish | |
| FIRM Litchfield Cavo LLP | |
| STREET ADDRESS 303 West Madison Street, Suite 300 | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6209593 | TELEPHONE NUMBER 312-781-6603 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |