IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**08 C 50137**

| | |
|---|---|
| FRANCIS RYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FLEXI-BOGDAHN INTERNATIONAL ) | CASE NO.: |
| GMBH & CO KG, a German corporation,) | |
| FLEXI USA, INC., a Wisconsin ) | |
| corporation and WAL MART STORES, ) | **JUDGE KAPALA** |
| INC., an Arkansas corporation, ) | **MAGISTRATE JUDGE MAHONEY** |
| ) | |
| Defendants. ) | |

## WAL-MART STORES, INC.'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant, Wal-Mart Stores, Inc. submits the following disclosures:

1. Pursuant to Federal Rule of Civil Procedure 7.1(a), there are no entities that own more than 10% of the publicly held stock of Wal-Mart Stores, Inc.

2. Pursuant to Local Rule 3.2, there are no affiliates of Wal-Mart Stores, Inc., as that term is defined in the Rule.

LITCHFIELD CAVO, LLP

By: s/ Nicholas J. Parolisi, Jr.

Nicholas J. Parolisi, Jr. (ARDC No. 6201759)
Ohn Park (ARDC No. 6237839)
LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
Chicago, Illinois 60606
312/781-6665
312/781-6630 (fax)
email: parolisi@litchfieldcavo.com
       park@litchfieldcavo.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I electronically filed the foregoing Wal-Mart Stores, Inc.'s Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Blake K. Consentino
213 S. 2nd Street
Dekalb, Illinois 60115
*Counsel for Plaintiff*

Dated: July 10, 2008            By:    /s/Nicholas J. Parolisi, Jr.

Nicholas J. Parolisi, Jr. (ARDC No. 6201759)
Ohn Park (ARDC No. 6237839)
LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
Chicago, Illinois 60606
312/781-6665 (Parolisi)
312/781-6684 (Park)
312/781-6630 (fax)
email: parolisi@litchfieldcavo.com
         park@litchfieldcavo.com