IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**08 C 50137**

| | | |
|---|---|---|
| FRANCIS RYAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FLEXI-BOGDAHN INTERNATIONAL | ) | CASE NO.: |
| GMBH & CO KG, a German corporation, | ) | |
| FLEXI USA, INC., a Wisconsin | ) | |
| corporation and WAL MART STORES, | ) | |
| INC., an Arkansas corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGE KAPALA**
**MAGISTRATE JUDGE MAHONEY**

### FLEXI USA, INC.'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant, Flex USA, Inc., submits the following disclosures:

1. Pursuant to Federal Rule of Civil Procedure 7.1(a), there are no entities that own more than 10% of the publicly held stock of Flexi USA, Inc.

2. Pursuant to Local Rule 3.2, there are no affiliates of Flexi USA, Inc., as that term is defined in the Rule.

LITCHFIELD CAVO, LLP

By: /s/ Nicholas J. Parolisi, Jr

Nicholas J. Parolisi, Jr. (ARDC No. 6201759)
Ohn Park (ARDC No. 6237839)
LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
Chicago, Illinois 60606
312/781-6665
312/781-6630 (fax)
email: parolisi@litchfieldcavo.com
park@litchfieldcavo.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I electronically filed the foregoing Flexi USA, Inc.'s Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

> Blake K. Consentino
> 213 S. 2nd Street
> Dekalb, Illinois 60115
> *Counsel for Plaintiff*

Dated: July 10, 2008          By:    /s/Nicholas J. Parolisi, Jr.

Nicholas J. Parolisi, Jr. (ARDC No. 6201759)
Ohn Park (ARDC No. 6237839)
LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
Chicago, Illinois 60606
312/781-6665 (Parolisi)
312/781-6684 (Park)
312/781-6630 (fax)
email: parolisi@litchfieldcavo.com
         park@litchfieldcavo.com