IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| FRANCIS RYAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FLEXI-BOGDAHN INTERNATIONAL, | ) | CASE NO.: 3:08 CV 50137 |
| GMBH & CO KG, a German corporation, | ) | |
| FLEXI USA, INC., a Wisconsin | ) | |
| corporation and WAL-MART STORES, | ) | |
| INC., an Arkansas corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:    Blake K. Consentino
       213 S. 2nd Street
       Dekalb, Illinois 60115

       YOU ARE HEREBY NOTIFIED that on **July 23, 2008 at 1:30 p.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge P. Michael Mahoney in Courtroom 206, in the Northern District of Illinois, Western Division, Rockford, Illinois and then and there present the attached Defendants, Flexi USA, Inc. and Wal-Mart Stores, Inc.'s Motion for Enlargement of Time to Respond to Plaintiff's Complaint at Law**,** a copy of which is served upon you.


                              By:    /s/ Ohn Park
                                     Attorney for Defendants,
                                     Flexi USA, Inc. and Wal-Mart Stores, Inc

Nicholas J. Parolisi, Jr.
Jonathan E. Barish
Ohn Park
Litchfield Cavo LLP
303 W. Madison Street, Suite 300
Chicago, Illinois 60606
(312) 781-6692
(312) 781-6630 fax

## **CERTIFICATE OF SERVICE**

I, Ohn Park, an attorney, under oath certify that I caused to be served the forgoing document in the above-captioned case, on the above listed parties, by depositing same in the U.S. Mailbox, located in the building at 303 West Madison Street, Chicago, Illinois 60606, properly addressed and with proper postage prepaid, at or before the hour of 5:00 p.m. on July 11, 2008.

/s/ Ohn Park