# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Western Division

Francis Ryan

                                                  Plaintiff,

v.

                                                  Case No.:
                                                  3:08−cv−50137

                                                  Honorable Frederick
                                                  J. Kapala

Flexi−Bogdahn International, GMBH & CO KG, et al.

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney: Defendant's Motion for extension of time to answer [9][10] are granted. Response to complaint due by 8/29/2008. Status hearing set for 8/29/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.