IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| FRANCIS RYAN, ) | |
| Plaintiff, ) | |
| v. ) | No.  08 CV 50137 |
| ) | |
| FLEXI-BOGDAHN INTERNATIONAL, ) | |
| GMBH & CO KG, a German Corporation, ) | |
| FLEXI USA, INC., a Wisconsin ) | |
| Corporation and WAL MART STORES, ) | |
| INC., an Arkansas Corporation, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

TO:   VIA FACSIMILE 312-781-6630
Ohn Park
Litchfield Cavo LLP
303 W. Madison Street, Suite 300
Chicago, IL 60606

VIA FACSIMILE 312-321-0990
Ewa Dabrowski
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611

PLEASE TAKE NOTICE that on 8/15/2008 attorneys for plaintiff did cause to be filed with the U.S. District Court Clerk each of the following documents: Objection to Motion for Extension of Time in the above-captioned matter by hand delivery thereto before 5:30 p.m. on 8/15/2008.

/s/ Chris Cosentino
Plaintiff's Attorney

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the above and foregoing Notice of Filing was served upon all parties to whom directed by either of the three following methods: faxing a copy to the above party, hand delivering a copy to the above parties or by enclosing the same in an envelope, addressed as indicated, postage fully prepaid, and by depositing said envelope in a United States Postal Service mail box at St. Charles, Illinois, before 5:30 p.m. on 8/15/2008.

/s/ Chris Cosentino
Plaintiff's Attorney

Chris Cosentino
ARDC# 6272089
801 E. Main Street
St. Charles, IL 60174
630-377-9730