IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| FRANCIS RYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FLEXI-BOGDAHN INTERNATIONAL, ) | CASE NO.: 3:08 CV 50137 |
| GMBH & CO KG, a German corporation,) | |
| FLEXI USA, INC., a Wisconsin ) | |
| corporation and WAL-MART STORES, ) | |
| INC., an Arkansas corporation, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To:   Blake K. Consentino
213 S. 2nd Street
Dekalb, Illinois 60115

David E. Kawala
Ewa Dabrowski
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611

YOU ARE HEREBY NOTIFIED that on **September 17, 2008 at 1:30 p.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge P. Michael Mahoney in Courtroom 206, in the Northern District of Illinois, Western Division, Rockford, Illinois and then and there present the attached <u>Defendants, Flexi USA, Inc. and Wal-Mart Stores, Inc.'s Motion for Protective Order and Defendant Flexi USA, Inc.'s Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6)</u>, a copy of which is served upon you.

By:   /s/ Ohn Park
Attorney for Defendants,
Flexi USA, Inc. and Wal-Mart Stores, Inc

Nicholas J. Parolisi, Jr.
Jonathan E. Barish
Ohn Park
Litchfield Cavo LLP
303 W. Madison Street, Suite 300
Chicago, Illinois 60606
(312) 781-6692
(312) 781-6630 fax

## **CERTIFICATE OF SERVICE**

     I, Ohn Park, an attorney, under oath certify that I caused to be served the forgoing document in the above-captioned case, on the above listed parties, by depositing same in the U.S. Mailbox, located in the building at 303 West Madison Street, Chicago, Illinois 60606, properly addressed and with proper postage prepaid, at or before the hour of 5:00 p.m. on <u>August 29, 2008.</u>

                                                      /s/ Ohn Park