IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| FRANCIS RYAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FLEXI-BOGDAHN INTERNATIONAL GMBH & CO KG, a German corporation, FLEXI USA, INC., a Wisconsin corporation and WAL MART STORES, INC., an Arkansas corporation, | ) ) ) ) ) ) | CASE NO.: 3:08 CV 50137  Magistrate Judge Mahoney |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2008, I electronically filed the foregoing Flexi USA, Inc.'s Answer to Plaintiff's Complaint at Law and Affirmative Defenses with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Chris Cosentino
The Cosentino Law Firm
801 E. Main Street
St. Charles, IL 60174

David E. Kawala
Ewa Dabrowski
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611

Dated: August 29, 2008          By:   /s/ Ohn Park


Nicholas J. Parolisi, Jr. (ARDC No. 6201759)
Ohn Park (ARDC No. 6237839)
LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
Chicago, Illinois 60606
312/781-6665 (Parolisi)
312/781-6684 (Park)
312/781-6630 (fax)
email: parolisi@litchfieldcavo.com
       park@litchfieldcavo.com