IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| FRANCIS RYAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FLEXI-BOGDAHN INTERNATIONAL | ) | CASE NO.: 3:08 CV 50137 |
| GMBH & CO KG, a German corporation,) | | |
| FLEXI USA, INC., a Wisconsin | ) | Magistrate Judge Mahoney |
| corporation and WAL MART STORES, | ) | |
| INC., an Arkansas corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 3, 2008, I electronically filed the foregoing Wal-Mart Stores, Inc.'s Answer to Plaintiff's Complaint at Law and Affirmative Defenses with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Chris Cosentino
The Cosentino Law Firm
801 E. Main Street
St. Charles, IL 60174

David E. Kawala
Ewa Dabrowski
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611

Dated: September 3, 2008          By:____/s/ Nicholas J. Parolisi, Jr._____


Nicholas J. Parolisi, Jr. (ARDC No. 6201759)
Ohn Park (ARDC No. 6237839)
LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
Chicago, Illinois 60606
312/781-6665 (Parolisi)
312/781-6684 (Park)
312/781-6630 (fax)
email: parolisi@litchfieldcavo.com
        park@litchfieldcavo.com