**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:   08 CV 50137

FRANCIS RYAN

v.

FLEXI-BOGDAHN INTERNATIONAL GMBH & CO KG,

a German Corporation, FLEXI USA, INC., a Wisconsin Corporation

and WAL MART STORES, INC., an Arkansas Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Flexi Bogdahn International for Purpose of Consolidated Docket

| | |
|---|---|
| NAME (Type or print)  Ewa Dabrowski | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)          s/Ewa Dabrowski | |
| FIRM   Swanson, Martin & Bell, LLP | |
| STREET ADDRESS   330 North Wabash Avenue, Suite 3300 | |
| CITY/STATE/ZIP   Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6284758 | TELEPHONE NUMBER  312-321-8518 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   No | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   No | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   No | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.   RETAINED COUNSEL               APPOINTED COUNSEL | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| FRANCIS RYAN,        )<br>           Plaintiff,     )<br>                              )<br>     v.                       )<br>                              )<br>FLEXI-BOGDAHN INTERNATIONAL, )<br>GMBH & CO KG, a German Corporation, )<br>FLEXI USA, INC., a Wisconsin )<br>Corporation and WAL MART STORES, )<br>INC., an Arkansas Corporation, )<br>           Defendants     ) | No.   08 CV 50137 |

### NOTICE OF FILING

TO:

| | |
|---|---|
| Chris Cosentino | Nicholas Parolisi |
| The Cosentino Law Firm | Ohn Park |
| 801 E. Main Street | Litchfield Cavo LLP |
| St. Charles, IL 60174 | 303 W. Madison, Ste. 300 |
| | Chicago, IL 60606 |

Please take notice that on September 4, 2008, an **Appearance on behalf of Flexi Bogdahn International for Purpose of Consolidated Docket** was filed with the United States District Court for the Northern District of Illinois, Western Division, a true and correct copy of which is attached hereto and served upon you.

By:   /s/ Ewa Dabrowski
        One of the Attorneys for
        Flexi-Bogdahn International
        GMBH & Co. KG

David E. Kawala ARDC # 6191156
Ewa Dabrowski ARDC#6284758
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100/ (312) 321-0990 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| FRANCIS RYAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No.   08 CV 50137 |
| FLEXI-BOGDAHN INTERNATIONAL, | ) | |
| GMBH & CO KG, a German Corporation, | ) | |
| FLEXI USA, INC., a Wisconsin | ) | |
| Corporation and WAL MART STORES, | ) | |
| INC., an Arkansas Corporation, | ) | |
|     Defendants | ) | |

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **Appearance on behalf of Flexi Bogdahn International for Purpose of Consolidated Docket** upon the clerks and counsel of record listed above, via regular US mail, proper postage prepaid, from the offices of Swanson, Martin & Bell, LLP, 330 North Wabash, Chicago, IL 60611 on September 4, 2008.

                                                  /s/ Ewa Dabrowski
                                                Ewa Dabrowski

[x] Under penalties of perjury, I certify that the statements set forth herein are true and correct.